UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| NANCY L. McCOMB, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:15-CV-75-TAV-HBG |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

# ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on October 25, 2016 [Doc. 18]. In the R&R, Magistrate Judge Guyton recommends that the Court deny plaintiff's Motion for Summary Judgment [Doc. 14], and grant defendant's Motion for Summary Judgment [Doc. 16]. There have been no objections filed to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After reviewing the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 18]. Plaintiff's Motion for Summary Judgment [Doc. 14] is hereby **DENIED**, the Commissioner's Motion for

Summary Judgment [Doc. 16] is **GRANTED**, and the decision of the Commissioner is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
     CLERK OF COURT